IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**KEN JOHANSEN,**

    **Plaintiff,**

                                          **Civil Action 2:16-cv-839**
    **v.**                                        **Judge George C. Smith**
                                          **Magistrate Judge Jolson**

**MODERNIZE, INC.,**

    **Defendant.**

## ORDER

This matter came before the Court on January 18, 2017, for a Preliminary Pretrial Conference. Consistent with the discussion during that conference, the parties have agreed to make initial disclosures by January 27, 2017.

The Court will hold a continued Preliminary Pretrial Conference in this matter on February 2, 2017 at 11:00 a.m.  Counsel shall initiate the call by joining together on one line and then calling the Court at 614-719-3470.

IT IS SO ORDERED.


Date:  January 18, 2017                               /s/ Kimberly A. Jolson
                                                                           Kimberly A. Jolson
                                                                          United States Magistrate Judge