# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**KEN JOHANSEN,**

       **Plaintiff,**

                                                   **Civil Action 2:16-cv-839**
      **v.**                                         **Judge George C. Smith**
                                                   **Magistrate Judge Jolson**

**MODERNIZE, INC.,**

       **Defendant.**

## ORDER

This matter came before the Court on February 2, 2017, for a continued Preliminary Pretrial Conference.  During the conference, the parties represented that initial disclosures were exchanged, but additional discovery was needed.  Accordingly, all written discovery shall commence from the date of this order.  Specifically, the parties are directed to prioritize Plaintiff-specific discovery over the next forty-five (45) days, including all necessary written discovery and Plaintiff's deposition.

Following this discovery, any dispositive motion concerning Plaintiff's consent or standing shall be filed by April 24, 2017.  After that motion is fully briefed, the Court will set the remaining case schedule.

      IT IS SO ORDERED.


Date:  February 2, 2017                                           /s/ Kimberly A. Jolson
                                                                          Kimberly A. Jolson
                                                                          United States Magistrate Judge