# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**KEN JOHANSEN,**

    **Plaintiff,**

    v.

**MODERNIZE, INC.,**

    **Defendant.**

        Civil Action 2:16-cv-839
        Judge George C. Smith
        Magistrate Judge Jolson

## ORDER

Pursuant to the Court's March 15, 2017 Order (Doc. 16), the parties were directed to meet and confer regarding how much additional time, if any, was needed to complete Plaintiff-specific discovery, and whether the dispositive motion deadline set for April 24, 2017 (*see* Doc. 14) needed to be extended. On March 31, 2017, the parties submitted a status report regarding the results of these discussions:

> Plaintiff's counsel estimates that Plaintiff will be able to complete production of responsive discovery materials by May 31, [2017]. Given the likely significant volume (Plaintiff's counsel roughly estimates producing between 1,500 and 2,000 call recordings and documents in the thousands, rather than hundreds), Defendant anticipates being able to review the responsive materials in time to take Plaintiff's deposition in August, and therefore the parties propose a deadline for dispositive motions relating to Plaintiff's consent and standing of September 29, 2017.

Upon consideration of that proposal, the case schedule is hereby modified as follows:

- Plaintiff-specific discovery must be complete by May 15, 2017;

- The dispositive motion deadline is August 14, 2017.

IT IS SO ORDERED.

Date: April 7, 2017                    /s/ Kimberly A. Jolson
                                       KIMBERLY A. JOLSON
                                       UNITED STATES MAGISTRATE JUDGE