IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**KEN JOHANSEN,**

      **Plaintiff,**

  v.                                            **Civil Action 2:16-cv-839**
                                                  **Judge George C. Smith**
                                                  **Magistrate Judge Jolson**

**MODERNIZE, INC.,**

      **Defendant.**

## **ORDER**

This matter is before the Court on Defendant's unopposed Motion to File Under Seal Certain Materials Related to its Dispositive Motion Related to Plaintiff's Consent and Standing. (Doc. 31). According to the Motion, Defendant's dispositive motion, due September 14, 2017, refers to certain documents and testimony that Plaintiff has designated as "confidential" because it relates to confidential settlements of prior lawsuits. (*Id.* at 1). Defendant states that "[t]o permit free discussion of such information while protecting Plaintiff's assertion of confidentiality," it will file a redacted version of the dispositive motion under seal and a redaction version publicly. (*Id.*). For good cause shown, Plaintiff's request to file under seal is **GRANTED.**

    IT IS SO ORDERED.

Date: September 12, 2017                              /s/ Kimberly A. Jolson
                                                                KIMBERLY A. JOLSON
                                                                 UNITED STATES MAGISTRATE JUDGE