**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**KEN JOHANSEN,**

      **Plaintiff,**

   **v.**
                                 **Civil Action 2:16-cv-839
                                 Judge George C. Smith
                                 Magistrate Judge Jolson**

**MODERNIZE, INC.,**

      **Defendant.**

**<u>ORDER</u>**

This matter is before the Court on Defendant's unopposed Motion to Manually File Audio Recordings Supporting Its Dispositive Motion Related to Plaintiff's Consent and Standing.  (Doc. 33).  For good cause shown, the Motion is **GRANTED**.

IT IS SO ORDERED.

Date: September 14, 2017
                                        <u>/s/ Kimberly A. Jolson</u>
                                        KIMBERLY A. JOLSON
                                        UNITED STATES MAGISTRATE JUDGE