# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| KEN JOHANSEN on behalf of himself and others similarly situated, | : : | Case No. 2:16-cv-839 |
| | : | |
| Plaintiff, | : : | Judge Smith |
| | : | Magistrate Judge Jolson |
| v. | : : | |
| MODERNIZE, INC., | : : | |
| Defendant. | : : | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Ken Johansen and Defendant Modernize, Inc. hereby respectfully submit this Stipulation of Dismissal of all claims. Plaintiff's individual claims against Defendant are hereby dismissed with prejudice. The class claims against Defendant are hereby dismissed without prejudice.

Respectfully submitted,

| | |
|---|---|
| /s/ Brian K. Murphy | /s/ Loriann E. Fuhrer, per auth. 2/16/18 |
| Brian K. Murphy, Trial Attorney (0070654) | Loriann E. Fuhrer, Trial Attorney (0068037) |
| Joseph F. Murray (0063373) | Victoria E. Beckman (0091896) |
| Geoffrey J. Moul (0070663) | Kegler Brown Hill + Ritter Co., LPA |
| Jonathan P. Misny (0090673) | 65 East State Street, Suite 1800 |
| Murray Murphy Moul + Basil LLP | Columbus, OH 43215 |
| 1114 Dublin Road | Telephone: 614.462.5400 |
| Columbus, OH 43215 | Facsimile: 614.464.2634 |
| Telephone: 614.488.0400 | E-mail: lfuhrer@keglerbrown.com |
| Facsimile: 614.488.0401 | vbeckman@keglerbrown.com |
| E-mail: murphy@mmmb.com | |
| murray@mmmb.com | |
| moul@mmmb.com | |
| misny@mmmb.com | |

Edward A. Broderick (admitted *pro hac vice*)
Anthony I. Paronich (admitted *pro hac vice*)
Broderick Law, P.C.
99 High Street, Suite 304
Boston, MA 02110
Telephone: 508.221.1510
Facsimile: 617.830.0327
Email: ted@broderick-law.com
      anthony@broderick-law.com

Matthew P. McCue (admitted *pro hac vice*)
Law Office of Matthew P. McCue
1 South Avenue, Third Floor
Natick, MA 01760
Telephone: 508.655.1415
Facsimile: 508.319.3077
E-mail: mmccue@massattorneys.net

*Counsel for Plaintiff*

Aaron M. Scolari (admitted *pro hac vice*)
Rogers Joseph O'Donnell, PC
Robert Dollar Building
311 California Street, 10th Floor
San Francisco, CA  94104
Telephone: 415.365.5348
Facsimile: 415.956.6457
E-mail: ascolari@rjo.com

*Counsel for Defendant*